IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01177-WYD

UNITED STATES OF AMERICA,

    Petitioner,

v.

MAXSIM GUZMAN,

    Respondent.

---

ORDER OF DISMISSAL

---

Upon review of the United States of America's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed June 16, 2010 [#5], the Court hereby

ORDERS that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.


Dated: June 17, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge